1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7

8 LATOYA NICOLE LITTLES,                          )
                                                 )
9                          Plaintiff,            )    Case No. 2:09-cv-00558-RLH-GWF
                                                 )
10 vs.                                           )    **REPORT AND**
                                                 )    **RECOMMENDATION**
11 ANDRE MICHAELIAN, *et al*.,                   )
                                                 )
12                          Defendants.          )
13 _____)

14       On February 12, 2010, the Court dismissed Plaintiff Latoya Littles' Complaint without prejudice

15 due to her failure to pay a filing fee or properly apply for *in forma pauperis* status as required by Local

16 Rule LSR 1-1.  The Court ordered Plaintiff to either pay the fee or file a proper *in forma pauperis*

17 application before March 15, 2010 and notified her that failure to do so would result in a

18 recommendation to the District Judge that this action be dismissed with prejudice.  Accordingly,

19       **IT IS HEREBY RECOMMENDED** that Plaintiff's Complaint (Dkt. #1) should be **dismissed**

20 **with prejudice** based on Plaintiff's failure to comply with the Court's order (Dkt. #2) and failure to pay

21 a filing fee or file an application to proceed *in forma pauperis* with a financial affidavit.

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .

28 . . .

1

**NOTICE**

2        Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in

3   writing and filed with the Clerk of the Court within ten (10) days.  The Supreme Court has held that the

4   courts of appeal may determine that an appeal has been waived due to the failure to file objections

5   within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also held that (1)

6   failure to file objections within the specified time and (2) failure to properly address and brief the

7   objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues

8   from the order of the District Court.  *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi*

9   *Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

10        DATED this 22nd day of March, 2010.

11

12

                              _____
13                            **GEORGE FOLEY, JR.**
                              **UNITED STATES MAGISTRATE JUDGE**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28