# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| LATOYA NICOLE LITTLES, | ) | |
| Plaintiff(s), | ) | 2:09-cv-0558-RLH-GWF |
| vs. | ) | **O R D E R** |
| ANDRE MICHAELIAN, *et al.*, | ) | |
| Defendant(s). | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#3, filed March 22, 2010), entered by the Honorable George W. Foley, regarding Plaintiff's failure to comply with the Court's order. No objection was filed to Magistrate Judge Foley's Report and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Foley should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#3) is ACCEPTED and ADOPTED, and the Plaintiff's Complaint is dismissed with prejudice.

Dated: April 7, 2010.

_____
**ROGER L. HUNT**
Chief U.S. District Judge